WHIPKEY ET AL., APPELLEES, *v.* AQUA–CHEM, INC. ET AL.;
GENERAL MOTORS CORPORATION ET AL., APPELLANTS.

[Cite as *Whipkey v. Aqua–Chem, Inc.*,
116 Ohio St.3d 224, 2007-Ohio-6094.]

(No. 2006–1972—Submitted November 7, 2007—Decided November 21, 2007.)

---

{¶ 1} The judgment of the court of appeals is reversed on the authority of *In re Special Docket No. 73958*, 115 Ohio St.3d 425, 2007-Ohio-5268, 875 N.E.2d 596, and the cause is remanded to the court of appeals for consideration of appellants' assignments of error.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZING-ER, and CUPP, JJ., concur.

———————

Brent Coon & Associates, Mary Brigid Sweeney, and Christopher J. Hickey, for appellees.

Roetzel & Andress, L.P.A., Susan S. Box, Brad A. Rimmel, and Nathan F. Studeny, for appellant General Motors Corporation.

Sutter, O'Connell & Farchione Co., L.P.A., Matthew C. O'Connell, Victoria D. Barto, and Douglas R. Simek, for appellant Garlock Sealing Technologies, L.L.C.